UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.CR05-5240BL |
| v. | |
| | ORDER GRANTING |
| DONALD WAYNE SEARS, | STIPULATED MOTION |
| | TO CONTINUE TRIAL |
| Defendant. | |

The Court has reviewed the pleadings filed and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A).

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **OCTOBER 3, 2005 at 9:30 a.m.**

The Pretrial Conference is rescheduled for Tuesday, **September 27 , 2005 at 9:00 a.m.**

The Motions Cutoff date is extended to **August 1, 2005.**

IT IS SO ORDERED this 13th day of June, 2005.

RONALD B. LEIGHTON

ORDER -1