1  HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD WAYNE SEARS,<br><br>    Defendant. | Case No. CR05-5240RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's "Ex Parte Special Motion for a Judicial Decree for Judicial Review of the Records Pursuant to 5 U.S.C. §702 for an Order to the B.O.P. Officials for Concurrent Doctrine Credit" [Dkt. #68].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant's motion challenges the way the Bureau of Prisons is calculating his sentence. This motion is more properly brought under 28 U.S.C. §2241 and should be heard in the District Court for the district of confinement. According to the Bureau of Prisons' website, the defendant is currently incarcerated at MCFP Springfield. Therefore, the Clerk is directed to transfer this motion to the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED.**

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.

3  Dated this 4th day of April, 2007.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE